**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1183**

---

PATRICIA A. RICCI,

        Plaintiff - Appellant,

    v.

DUKE UNIVERSITY,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:22-cv-00889-CCE-JEP)

---

Submitted:  July 31, 2023                            Decided:  August 17, 2023

---

Before GREGORY and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Patricia A. Ricci, Appellant Pro Se.  Lauren Genvert Goetzl, FISHER & PHILLIPS LLP, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia A. Ricci appeals the district court's order and judgment granting the Appellee's motion to compel arbitration and dismissing Ricci's claims. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Ricci v. Duke Univ.*, No. 1:22-cv-00889-CCE-JEP (M.D.N.C. Feb. 21, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*